IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANNON L. McGUIRE,

        Plaintiff,                    No. CIV S-09-3545 DAD P

    vs.

A. SCHWARZENEGGER, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        Here, plaintiff has not submitted a civil rights form complaint. However, his allegations appear to relate to events that allegedly took place at Pleasant Valley State Prison.

1 | Pleasant Valley State Prison is located in Fresno County, which is part of the Fresno Division of
2 | the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).
3 |      Pursuant to Local Rule 120(f), a civil action which has not been commenced in
4 | the proper division of a court may, on the court's own motion, be transferred to the proper
5 | division of the court.  Therefore, this action will be transferred to the Fresno Division of the
6 | court.
7 |      Good cause appearing, IT IS HEREBY ORDERED that:
8 |      1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
9 |      2. This action is transferred to the United States District Court for the Eastern
10 | District of California sitting in Fresno; and
11 |      3. All future filings shall reference the new Fresno case number assigned and
12 | shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

16 | DATED: December 30, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
mcgu3545.21

2